584 A.2d 223

STATE OF NEW JERSEY v. DARRYN T. SMITH.

May 21, 1990.

Petition for certification denied.

584 A.2d 223

STATE OF NEW JERSEY v. VICTOR HINDS.

May 21, 1990.

Petition for certification denied.

584 A.2d 223

STATE OF NEW JERSEY v. ANGEL RODRIGUEZ.

May 21, 1990.

Petition for certification denied.

584 A.2d 223

STATE OF NEW JERSEY v. SAMUEL E. JEFFERSON.

May 21, 1990.

Petition for certification denied.

584 A.2d 223

STATE OF NEW JERSEY v. BARRY MILLER.

May 21, 1990.

Petition for certification denied.